1 DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
2 P O BOX 50013
SAN JOSE, CA 95150-0013
3
Telephone: (408) 354-4413
4 Facsimile: (408) 354-5513

5 Trustee for Debtors



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | ) Chapter 13 |
| CARL SASS | ) Case No. 09-57785 ASW |
| LINDA JEAN SASS | ) **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtors | ) |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2489553 for an unclaimed dividend in the amount of $9.72. The name and address of the claimant entitled to the unclaimed dividend is as follows;

    CARL SASS
    LINDA JEAN SASS
    440 N WINCHESTER BLVD #21
    SANTA CLARA, CA 95050

Dated: May 03, 2011

                                        DEVIN DERHAM-BURK, TRUSTEE